Paul Hammers, Plaintiff-Appellant, v. The Board of Fire and Police Commissioners of City of Mattoon, Illinois, Defendant-Appellee.

Gen. No. 9,911.   (Abstract of Decision.)

Kenneth A. Green, for appellant; Ryan & Austin, and R. G. Real, City Attorney, for appellee; Willis P. Ryan, of counsel. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed February 25, 1954; released for publication March 15, 1954.

